UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL H.,[1] <br><br> Plaintiff, <br><br> v. <br><br> KILOLO KIJAKAZI, <br> Acting Commissioner of Social Security, <br><br> Defendant. | Case No. 5:22-cv-01641-FLA (MAR) <br><br> **ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

---

[1] Partially redacted in compliance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States.

1  Pursuant to 28 U.S.C. § 636, the court has reviewed the Complaint, the
2  records on file, and the Report and Recommendation of the United States
3  Magistrate Judge (Dkt. 19).  No objections have been filed.  The court accepts the
4  findings and recommendation of the Magistrate Judge.
5  It is therefore ORDERED that Judgment be entered REVERSING the
6  Commissioner's decision REMANDING for further administrative action
7  consistent with the Report and Recommendation (Dkt. 19).

Dated:  August 23, 2023

FERNANDO L. AENLLE-ROCHA
United States District Judge

2