UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL H.,[1] <br><br> Plaintiff, <br><br> v. <br><br> KILOLO KIJAKAZI, Acting Commissioner of Social Security, <br><br> Defendant. | Case No. 5:22-cv-01641-FLA (MAR) <br><br> **JUDGMENT** |

It is the judgment of this court that the final decision of the Commissioner of the Social Security Administration is REVERSED, and the action is REMANDED for further proceedings consistent with the Report and Recommendation of the United States Magistrate Judge (Dkt. 19).

Dated: August 23, 2023

_____
FERNANDO L. AENLLE-ROCHA
United States District Judge

---

[1] Partially redacted in compliance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States.